UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORBITAL AUSTRALIA PTY LTD., et al.,

    Plaintiff,

                                      CASE NO. 15-CV-12398
v.                                HONORABLE GEORGE CARAM STEEH

DAIMLER AG, et al.,

    Defendants.
_____/

**ORDER DENYING DEFENDANTS' MOTION TO**
**SET ASIDE SCHEDULING CONFERENCE (Doc. 16)**

This patent infringement action involves three patents, one involving fuel injectors, the other two engine control units. The case was originally filed in the Eastern District of Virginia and was transferred here on July 6, 2015 for the convenience of the parties and witnesses under 28 U.S.C. § 1404(a). Defendants filed a motion to stay this action in this court pending *inter partes* review before the Patent Office Trials and Appeals Board ("PTAB") which is set for hearing on October 22, 2015. Now before the court is defendants' motion to adjourn the scheduling conference set for August 19, 2015, pending resolution of their motion to stay the action. Having failed to show cause for an adjournment, defendants' motion to adjourn the scheduling conference (Doc. 16) is DENIED.

    **IT IS SO ORDERED**.

Dated: August 18, 2015

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 18, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk